OSCN Found Document:IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2024 OK 44
Case Number: SCBD-7491
Decided: 06/10/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 44, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONPAYMENT OF 2023 DUES

ORDER STRIKING NAMES 
The Board of Governors of the Oklahoma Bar Association filed an Application for Order Striking Names of attorneys from the Oklahoma Bar Association's membership rolls for failure to pay dues as members of the Oklahoma Bar Association for the year 2023.
Pursuant to the Rules Creating and Controlling the Oklahoma Bar Association (Rules), 5 O.S. 2011, ch. 1, app. 1, art. VIII, §2, the Oklahoma Bar Association's members named on Exhibit A, attached hereto, were suspended from membership in the Oklahoma Bar Association and prohibited from practicing law in the State of Oklahoma by this Court's Order of June 12, 2023 and thereafter by Correction Order dated June 19, 2023, for failure to pay their 2023 dues in accordance with Article VIII, Section 2 of the Rules. Based upon the application, this Court finds that the Board of Governors determined at its May 24, 2024 meeting that none of the Oklahoma Bar Association members named on Exhibit A, attached hereto, have applied for reinstatement, pursuant to Article VIII, Section 4 of the Rules, at the time of the filing of its application. The Board of Governors further declared that the members named on Exhibit A, attached hereto, shall cease to be members of the Oklahoma Bar Association and that their names should therefore be stricken from the membership rolls and the Roll of Attorneys on June 12, 2024, pursuant to Article VIII, Section 5 of the Rules. This Court further finds that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules.
IT IS THEREFORE ORDERED that the attorneys named as set forth on Exhibit A, attached hereto, are hereby stricken from the Roll of Attorneys for failure to pay their dues as members of the Association for the year 2023.
 
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 10TH DAY OF JUNE, 2024.
/S/CHIEF JUSTICE 
ALL JUSTICES CONCUR.

 
 Exhibit "A"
Strike for Failure to Reinstate after Suspension for non-payment of 2023 Dues
OBA # 33463
Brooke Lindsay Ballard 313 Terrell Ave Bremerton, WA 98312-3719
OBA # 31923 Edward Joseph Batis Jr. 3 Serena San Antonio, TX 78248-2440
OBA # 675 Thomas Prade Bellamy PO Box 553
Blair, OK 73526-0553
OBA # 22492 Katherine Lindsay Bendick 1901 Churchill Way Oklahoma City, OK 73120-1149
OBA # 32177
Staci Deborah Cassidy 5080 Spectrum Drive
1020 W Addison
Addison, TX 75001
OBA # 1675 Mark D. Christiansen 6208 Waterford Blvd Apt 100
Oklahoma City, OK 73118-1113
OBA # 22935
Peter Gay Estes III PO Box 3883 Fayetteville, AR 72702-3883
OBA# 20052
Kevin D. Etherington Payne County District Attorney's Office
606 S. Husband, Room 111
Stillwater, OK 74074-4044
OBA # 20200 Geoffrey Allan Evans 7335 Musselburgh Dr Frisco, TX 75036-1057
OBA # 34660 Degol Tseggai Gherezghiher 2341 NW 198th St Edmond, OK 73012-5220
OBA # 19466 Raphael Thomas Glapion 433 N Air Depot Blvd Apt 7 Midwest City, OK 73110-1722
OBA # 33354 Jordan Lee Harmon 1135 S Birmingham Pl Tulsa, OK 74104-3926
OBA # 4184 Curley Higgins 420 S Lawton Ave Apt 517 Tulsa, OK 74127-8929
OBA # 14351 Robert Earl Jones Jr. 1819 Rolling Hills St Norman, OK 73072-6707
OBA # 11125 Theodore Koss Jr. 10604 Admiral Dr Oklahoma City, OK 73162-6806
OBA # 5240 John V. Larence PO Box 58113 Louisville, KY 40268-0113
OBA # 14274 Sheryl Diane McCoy-Strowbridge 4325 Rob Ln Joplin, MO 64804-5357
OBA # 6463 Logan Vansen Moss 126 Senora Ct Saint Augustine, FL 32095-4838
OBA # 10431 Gary L. Parrish 10300 Greenbriar Pl Oklahoma City, OK 73159-7653
OBA # 21462 Tamara Schiffner Pullin 1 Firstcomm Plz Fort Worth, TX 76109-4978
OBA # 8178 Clifford Byron Shilling 109 S West St Apt 6 Stillwater, OK 74074-3037

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA